# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159956

PEOPLE OF COMMERCE TOWNSHIP,
      Plaintiff-Appellee,

v

LJUPCO SEKULOVSKI,
      Defendant-Appellant.

SC: 159956
COA: 347422
Oakland CC: 2018-169810-AR

_____/

On order of the Court, the application for leave to appeal the June 5, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk

t0622